| | |
|---|---|
| 1 | DENISE M. VISCONTI, Bar No. 214168 |
| | dvisconti@littler.com |
| 2 | CHRISTINA H. HAYES, Bar No. 267153 |
| | chayes@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 501 W. Broadway, Suite 900 |
| 4 | San Diego, CA 92101.3577 |
| | Telephone: 619.232.0441 |
| 5 | Facsimile: 619.232.4302 |
| 6 | Attorneys for Defendants |
| 7 | SSP AMERICA, INC. and SSP AMERICA LAX, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAMON WILSON-DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SSP AMERICA, INC., a California corporation; SSP AMERICA LAX, LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-CV-4375<br><br>(Los Angeles County Superior Court Case No. 19STCV08579)<br><br>**DEFENDANTS SSP AMERICA, INC. AND SSP AMERICA LAX, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>[FED. R. CIV. P. 7.1]<br><br>Complaint Filed: March 13, 2019 |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:164116516.1 101383.1003

**TO THE CLERK OF THE COURT AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants SSP America LAX, LLC and SSP America, Inc. hereby submit the following corporate disclosure statement:

Defendant SSP America LAX, LLC, a Delaware limited liability company, is a wholly owned subsidiary of SSP America, Inc.

Defendant SSP America, Inc., a California corporation, has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

A supplemental corporate disclosure statement will be filed upon any change in information provided herein in accordance with Federal Rules of Civil Procedure, Rule 7.1

Dated:   May 20, 2019

/s/ *Christina H. Hayes*
DENISE M. VISCONTI
CHRISTINA H. HAYES
LITTLER MENDELSON, P.C.
Attorneys for Defendants
SSP AMERICA, INC. AND SSP AMERICA LAX, LLC

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:164116516.1 101383.1003